**GPM** | **Glancy Prongay & Murray LLP**

Gregory B. Linkh
Direct Fax: (212) 884-0988
glinkh@glancylaw.com
230 Park Ave, Suite 530
New York, New York 10169
T: (212) 682-5340

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2023

January 19, 2023

*[Handwritten notes by Judge: "1/24/2023 If you read my rules all the way to Rule IV.M you will see that there is no rule 16 conference in a PSLRA case. We are forced to follow the PSLRA all respects."]*

**LETTER MOTION VIA ECF**

Honorable Colleen McMahon
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Settles v. Daktronics, Inc., et al.*, Case No. 1:22-cv-10793-CM

Dear Judge McMahon:

I represent Plaintiffs Steve Settles and Dawg Investment Fund LLC ("Plaintiffs") in the above-referenced action. In accordance with the Section I.D.2 of the Court's Individual Practices and Procedures, I write respectfully to move for adjournment of the Civil Case Management Plan (currently due January 23, 2023) and the Initial Pretrial Conference (currently set for February 23, 2023 at 10:30 a.m.). ECF No. 5.

This is a securities class action alleging claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "PSLRA"). The PSLRA provides the procedure to appoint a lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and requires that "discovery and other proceedings are stayed during the pendency of any a motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B). In accordance with the PSLRA, the deadline for any putative class member to move for appointment as lead plaintiff is February 21, 2023.

Accordingly, Plaintiffs request that, pursuant to the provisions of the PSLRA, as well as Section IV.M of the Court's Individual Practices and Procedures, scheduling in this case be postponed until lead plaintiff and lead counsel have been appointed.

There have been no prior requests for adjournment or extension. Though Defendant Daktronics, Inc. was served on January 3, 2023 (ECF No. 6), defense counsel has not yet appeared or contacted Plaintiffs' Counsel, thus I have been unable to request or obtain Defendants' consent to this motion.

January 19, 2023
Page 2

    I appreciate the Court's consideration and am available at the Court's convenience should Your Honor have any questions.

                                    Respecfully,

                                    */s/ Gregory B. Linkh*
                                    Gregory B. Linkh

cc:    All counsel of record (via ECF)