# Vinson&Elkins

Marisa Antonelli   mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5377

January 23, 2023

**Via ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007
Tel: (212) 805-6325

*If you read my rules you will see that the Rule 16 conf was sent out in error, because this case is not a cross case but is a PSLRA case. The only deadline is the 60 day after notice deadline. We need lead counsel motions. CMcM 1/24/2023*

**Re:** *Settles et al. v. Daktronics, Inc. et al., 22 Civ. 10793*

Dear Judge McMahon:

We write on behalf of Defendants Daktronics Inc., Reece A. Kurtenbach, and Sheila M. Anderson (collectively, "Defendants") in the referenced matter in accordance with Rule I.D of Your Honor's Individual Practices and Procedures to respectfully request that the Court adjourn tomorrow's deadline of **January 24, 2023** for Defendant Daktronics to answer or otherwise respond to the complaint in the referenced matter. Defendants ask that the Court entertain this request, although it is made outside the time limitations of Rule I.D, because undersigned counsel is in the process of being retained to represent all Defendants in this action. While our firm's engagement has not yet been finalized, we expect that it will be finalized shortly. We are cognizant of Your Honor's very specific rules for making requests for extensions of time, and regret that the circumstances referenced above have led to this request being made only one day before Daktronics' deadline to answer or otherwise respond to the complaint. Plaintiffs consent to this adjournment request, and a stipulation and proposed order regarding scheduling is attached as Exhibit A.

Defendants also note that this case is subject to the Private Securities Litigation Reform Act, *see* 15 U.S.C. § 78u-4 *et seq.* ("PSLRA"), pursuant to which lead plaintiff motions are due on **February 21, 2023**, and both parties anticipate that an amended complaint will be filed following the selection of lead plaintiff and counsel. *See* Ex. A ¶ 3. Accordingly, Defendants respectfully submit that, as a matter of efficiency, they should direct their initial responsive filing to this amended complaint, and the parties' attached stipulation and proposed order reflects such a schedule.

Defendants also join in Plaintiffs' request that the Court adjourn: (1) the **January 23, 2023** deadline to file a proposed case management plan; and (2) the initial pretrial conference set for **February 23, 2023** in light of Individual Rule IV.M and the PSLRA's mandatory stay of discovery and other proceedings. *See* 15 U.S.C. § 78u4(b)(3)(B). *See* Letter from Plaintiffs, dated January 19, 2023 (Dkt. No. 7).

Vinson & Elkins LLP Attorneys at Law
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036-7708
Tel +1.212.237.0000  Fax +1.212.237.0100  velaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2023

MEMO ENDORSED

V&E

Defendants have requested no previous deadline extensions, and Plaintiffs consent to these adjournment requests. *See* Ex. A; ECF No. 7.

Sincerely,

*/s/ Marisa Antonelli*
Marisa Antonelli